IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES KENNETH HARRELL**                                                                 **PLAINTIFF**

V.                           Case No. 3:14-cv-00029 KGB

**NATHAN LEE HARRELL**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on May 8, 2014, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

IT IS SO ADJUDGED this 27th day of June, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE